**United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NY51 | E1665501 | Ethridge | 1057 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 07/21/2025 | 38CFR1.218(b)(4) |

Place of Offense

Retail Store 800 Irving Ave Syracuse NY

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Willful destruction, damage, or removal
of Government Property without
authorization

**DEFENDANT INFORMATION**  Phone: ( 315 ) 372 - 2273

| Last Name | First Name | M.I. |
|---|---|---|
| Barber | Reginald | J |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Syracuse | NY | 13208 | ▮/1956 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | NY | ▮-9175 |

☑ Adult ☐ Juvenile   Sex ☑ Male ☐ Female   Hair Gray   Eyes   Height   Weight

| VEHICLE | VIN: | | CMV ☐ |
|---|---|---|---|
| Tag No. | State | Year | Make/Model | PASS ☐ | Color |

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500.00  Forfeiture Amount
+ $30  Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

$ 530.00  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1665501*

CVB SCAN 08/29/2025 13:7

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a
law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation      ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____    _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 08/29/2025 13:7

CVB SCAN 08/29/2025 13:7

USDCVN # E1665501

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 07/21/2025 at approximately 1840 hrs while exercising my duties as a law enforcement officer in the Northern District of New York, I Peter Ethridge, Lieutenant responded to the 800 Irving Avenue, Syracuse, New York 13210, Syracuse VA Medical Center Canteen Store to assist in the report of a theft, reported to VA Police on 07/21/2025. Upon investigation the defendant, Reginald J. Barber (████████956), did violate CFR 1.218 (b)(4) Willful destruction, damage, or removal of government property without authorization, by entering the aforementioned Canteen Store and removed a Schick Hydro Razor from where same was being displayed. The defendant, Reginald J. Barber, appearing to continue to shop ultimately removed the actual Schick Hydro Razor from its packaging and subsequently concealed the Schick Razor on his person, placing same within his right front pants pocket. The defendant, Reginald J. Barber, then discarded the now empty Schick Hyrdo Razor packaging on a shelf within the Canteen Store, passed all points of sale, exited the Syracuse VA Medical Center Canteen Store making no attempt to render payment for same. The investigation was initiated when the discarded Schick Hydro Razor packaging was discovered by Canteen Store staff. The defendant, Reginald J. Barber, actions were subsequently observed/captured and recorded on Syracuse VA Medical Center, Closed Circuit Television (CCTV) surveillance cameras. While the investigation was being conducted and CCTV footage was being reviewed, defendant, Reginald J. Barber, was also observed in an additional theft when by consuming a 22 ounce Fountain Soda beverage from the Canteen Cafeteria, same being stolen. The defendant, Reginald J. Barber, had helped himself to same, while within the Canteen Cafeteria, passed point of sale, exited Canteen Cafeteria, making no attempt to render payment. The aforementioned Schick Hyrdro Razor value being $10.99, The 22 ounce Fountain Soda value being $1.50. The defendant, Reginald J. Barber, was subsequently identified after having left the Syracuse VA Medical Center utilizing Disabled American Veterans (DAV) free transportation to and from VA Medical Centers for disabled or ill Veterans. The aforementioned CCTV security surveillance footage was saved to DVD and available for viewing as it relates to this investigation. Syracuse VA Medical Center Canteen Store and Cafeteria manager, Richard Hubberd provided a voluntary witness statement which outlines the desire for prosecution of the defendant, Reginald J. Barber, the person responsible for the aforementioned thefts.

The foregoing statement is based upon:

☐  My personal observation                                  ☒  My personal investigation

☐  Information supplied to me from my fellow officer's observation

CVB SCAN 08/29/2025 13:7

☒    Other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed
on:_____ Date(07/23/2025)_____

Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (___/___/___)                        U.S. Magistrate Judge